AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

EASTERN District of MICHIGAN

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|
| V. | |
| Umar Farouk Abdulmutallab | Case: 2:09-mj-30526<br>Judge: Borman, Paul D<br>Filed: 12-26-2009 At 03:00 PM<br>USA v. Abdulmutallab (KJG) |
| *Defendant* | |

Upon motion of the ___United States of America___, it is ORDERED that a detention hearing is set ___1-8-10___* at ___2PM___
                                                        Date

before ___Judge Paul Borman___
           Name of Judicial Officer

___U.S. THEODORE LEVIN COURTHOUSE, 231 W. LAFAYETTE, DETROIT, MI 48226___
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____) and produced for the
Other Custodial Official

Date: ___December 26, 2009___

Paul D. Borman
United States District Judge

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.